DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| 396P13 | State v. Scott Allen Fisher | Def's PDR Under to N.C.G.S. § 7A-31 (COA12-1404) | Denied |
|---|---|---|---|
| 402P13 | State v. Adrian Jomel Williams | Def's PDR Under N.C.G.S. § 7A-31 (COA13-89) | Denied |
| 406P13 | State v. Nathaniel H. Smith | 1. Def's NOA Based Upon a Constitutional Question (COA12-1527)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. ---<br><br>2. Denied<br><br>3. Allowed |
| 414A13 | In the Matter of the Foreclosure of a Lien by Parkway Unit Owners Association, Inc., Against Kamelia K. Shaw, Trustee Under the Kamelia K. Shaw Living Trust Dated April 10, 2003 | Respondent's *Pro Se* NOA Based Upon a Constitutional Question (COA12-1380) | Dismissed *Ex Mero Motu* |
| 430P13 | State v. James Eric Presson | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1518) | Denied |